**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jackson Bryant BAUGUS, Defendant—**
**Appellant.**

**No. 10–30215.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 22, 2011.

James Edmund Seykora, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Jackson Bryant Baugus, Terre Haute, IN, pro se.

---

**7.** *See Bell v. Wolfish,* 441 U.S. 520, 534–35, 99 S.Ct. 1861, 60 L.Ed.2d 447 (1979).

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

**MEMORANDUM ***

Jackson Bryant Baugus appeals pro se from the district court's denial of his motion for return of property. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Baugus contends that the district court improperly applied $7,724 in seized funds to an unsatisfied fine of $75,000 imposed in connection with his 2004 criminal judgment. Contrary to Baugus's contention, the district court did not err. *See* 18 U.S.C. § 3613(c). Consideration of Baugus's remaining claims is precluded pursuant to the doctrine of res judicata. *See Taylor v. Sturgell,* 553 U.S. 880, 892 & n. 5, 128 S.Ct. 2161, 171 L.Ed.2d 155 (2008); *United States v. Bhatia,* 545 F.3d 757, 759 (9th Cir.2008); *see also United States v. Baugus,* 310 Fed.Appx. 120 (9th Cir.2009).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.